**Opinion issued February 13, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00650-CV

———————————

**ROCKY V. EMERY, ANTONY GORDON, LARRY GORDON, JOEL GOLD, AND ISRAEL BARON, Appellants**

**V.**

**ZALTIC SOLUTIONS, INC. N/K/A GIRONI INVESTMENTS, INC., Appellee**

---

**On Appeal from the 458th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 23-DCV-306834**

---

## MEMORANDUM OPINION

Appellants, Rocky V. Emery, Antony Gordon, Larry Gordon, Joel Gold, and

Israel Baron, have filed a notice of appeal from the trial court's August 12, 2024

order denying their motion to compel arbitration. Appellants have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

The record in this appeal was due on September 3, 2024. *See* TEX. R. APP. P. 35.1(b). On September 3, 2024, appellants filed a notice of filing an appendix in lieu of a clerk's record. *See* TEX. R. APP. P. 34.5a.

On September 5, 2024, the court reporter notified the Court that there was a reporter's record in this case, but appellants had not paid or made arrangements to pay for the preparation of the reporter's record. Accordingly, on September 16, 2024, the Clerk of the Court notified appellants that unless they submitted written evidence that a reporter's record had been requested and that appellants had paid or made arrangements to pay for the preparation of the reporter's record by September 26, 2024, the Court may require appellants to file their brief and consider the appeal without a reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellants did not respond to the notice.

On November 19, 2024, the Court issued an order informing appellants that it would consider and decide those issues or points that did not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). The Court also ordered appellants to file their appellants' brief and appendix in lieu of a clerk's record by December 9, 2024. *See* TEX. R. APP. P. 34.5a(b). Appellants did not file a brief or an appendix.

On December 16, 2024, the Clerk of this Court notified appellants that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellants did not adequately respond to the December 16, 2024 notice.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.